UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASAS,<br><br>    Plaintiff,<br><br>v.<br><br>GALLS, LLC,<br><br>    Defendant. | Case No. 5:23-cv-01464-SB-JC<br><br>ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION |

   Defendant Galls, LLC removed this case based solely on diversity jurisdiction. The notice of removal identifies Plaintiff as a citizen of California and Defendant as a citizen of Delaware and Kentucky. Dkt. No. 1 at 3–5. As Defendant correctly recognizes, the citizenship of a limited liability company is determined by the citizenship of each of its members, not by its principal place of business or the law under which it is organized. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendant therefore identifies its sole member as Galls Intermediate Holdings, LLC, which it describes as a limited liability company organized under the laws of Delaware with its principal place of business in Kentucky. Dkt. No. 1 at 4. But just like Defendant, Defendant's member Galls Intermediate Holdings, LLC is a limited liability company whose citizenship is determined by its members, and Defendant provides no information about its members or their citizenship. Thus, the Court is unable from the information provided to determine Defendant's citizenship, which is necessary to assess whether diversity is complete.

   Although Plaintiff has not contested the existence of complete diversity, this Court has a duty to assess whether federal subject matter jurisdiction exists and may consider the issue sua sponte. *See Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case"). Accordingly, Defendant is ORDERED to show cause, in writing, by no later than

2

October August 4, 2023, why the Court has jurisdiction over this case. Defendant's response must identify all members of its member Galls Intermediate Holdings, LLC, along with all information required to determine their citizenship.

Date: July 28, 2023                  _____
                                                           Stanley Blumenfeld, Jr.
                                                      United States District Judge